```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 08 B 00197
   PERRY S MAMON III
   DARLENE D MAMON                               CHAPTER 13

                                                 JUDGE: JACK B SCHMETTERER
            Debtor
   SSN XXX-XX-0294    SSN XXX-XX-3232

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 01/07/2008 and was not confirmed.

     The case was dismissed without confirmation 04/23/2008.
-------------------------------------------------------------------------------
 CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                               PAID        PAID
-------------------------------------------------------------------------------
 MIDLAND CREDIT MANAGEMEN   UNSECURED            688.03         .00         .00
 PEOPLES GAS LIGHT & COKE   UNSECURED           2017.75         .00         .00
 NATIONWIDE LOAN            UNSECURED           1690.37         .00         .00
 PEAK 5                     UNSECURED           9784.43         .00         .00
 ASSET ACCEPTANCE LLC       UNSECURED            408.37         .00         .00
 JEFFERSON CAPITAL SYSTEM   UNSECURED            813.83         .00         .00
 NUVELL CREDIT CO LLC       SECURED VEHIC      17619.00         .00      126.01
 SBC ILLINOIS               UNSECURED          NOT FILED        .00         .00
 AT&T                       UNSECURED          NOT FILED        .00         .00
 ASSETCARE                  UNSECURED          NOT FILED        .00         .00
 AT&T                       UNSECURED          NOT FILED        .00         .00
 AVON PRODUCTS              UNSECURED          NOT FILED        .00         .00
 BANK OF AMERICA            UNSECURED          NOT FILED        .00         .00
 T MOBILE                   UNSECURED          NOT FILED        .00         .00
 CAPITAL ONE                UNSECURED          NOT FILED        .00         .00
 AMERITECH                  UNSECURED          NOT FILED        .00         .00
 RADIOLOGIC PHYSCIANS LTD   UNSECURED          NOT FILED        .00         .00
 FOUNDATION EMERGENCY SER   UNSECURED          NOT FILED        .00         .00
 FOUNDATION EMERGENCY SER   UNSECURED          NOT FILED        .00         .00
 CITY OF CHICAGO PARKING    UNSECURED          NOT FILED        .00         .00
 COMCAST                    UNSECURED          NOT FILED        .00         .00
 COMMONWEALTH EDISON        UNSECURED          NOT FILED        .00         .00
 CHARTER COMMUNICATIONS     UNSECURED          NOT FILED        .00         .00
 AT&T BROADBAND             UNSECURED          NOT FILED        .00         .00
 WASHINGTON MUTUAL          UNSECURED          NOT FILED        .00         .00
 FIFTH THIRD BANK           UNSECURED          NOT FILED        .00         .00
 PEOPLES GAS                UNSECURED          NOT FILED        .00         .00
 ILLINOIS DEPT OF REVENUE   UNSECURED          NOT FILED        .00         .00
 IMAGINE/FBOFD              UNSECURED          NOT FILED        .00         .00
 *INTERNAL REVENUE SERVIC   UNSECURED          NOT FILED        .00         .00
 JOHN STROGER HOSPITAL      UNSECURED          NOT FILED        .00         .00
 LINEBARGER GOGGAN BLAIR    UNSECURED          NOT FILED        .00         .00
 EVERGREEN MEDICAL SPECIA   UNSECURED          NOT FILED        .00         .00
 ASPIRE VISA                UNSECURED          NOT FILED        .00         .00
 AMERITECH                  UNSECURED          NOT FILED        .00         .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 00197 PERRY S MAMON III & DARLENE D MAMON
```

```
MIDNIGHT VELVET             UNSECURED      NOT FILED              .00           .00
ROUNDUP FUNDING LLC         UNSECURED         535.00              .00           .00
JACKSON PARK HOSPITAL       UNSECURED      NOT FILED              .00           .00
JACKSON PARK HOSPITAL       UNSECURED      NOT FILED              .00           .00
DOLLAR QUICK                UNSECURED      NOT FILED              .00           .00
NORTHEAST CREDIT & COLLE    UNSECURED      NOT FILED              .00           .00
COTTAGE EMERGENCY PHYSIC    UNSECURED      NOT FILED              .00           .00
COTTAGE EMERGENCY PHYSIC    UNSECURED      NOT FILED              .00           .00
COTTAGE EMERGENCY PHYSIC    UNSECURED      NOT FILED              .00           .00
AT&T                        UNSECURED      NOT FILED              .00           .00
AMEREN CIPS METRO EAST      UNSECURED      NOT FILED              .00           .00
NICOR GAS                   UNSECURED      NOT FILED              .00           .00
PORTFOLIO RECOVERY ASSOC    UNSECURED         699.00              .00           .00
PUBLIC STORAGE              UNSECURED      NOT FILED              .00           .00
DIRECTV                     UNSECURED      NOT FILED              .00           .00
CROSSINGS BOOK CLUB         UNSECURED      NOT FILED              .00           .00
SKO BRENNER AMERICAN INC    UNSECURED      NOT FILED              .00           .00
PEOPLES ENERGY              UNSECURED      NOT FILED              .00           .00
SPRINT PCS                  UNSECURED      NOT FILED              .00           .00
NUVELL CREDIT CO LLC        UNSECURED        3080.12              .00           .00
INTERNAL REVENUE SERVICE    UNSECURED      NOT FILED              .00           .00
ECMC                        UNSECURED        2358.92              .00           .00
PORTFOLIO RECOVERY ASSOC    UNSECURED         272.24              .00           .00
AMERICASH LOANS LLC         UNSECURED        1197.26              .00           .00
ROBERT J SEMRAD & ASSOC     DEBTOR ATTY     2,484.00                          168.41
TOM VAUGHN                  TRUSTEE                                            25.60
DEBTOR REFUND               REFUND                                               .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              320.02

PRIORITY                                        .00
SECURED                                      126.01
UNSECURED                                       .00
ADMINISTRATIVE                               168.41
TRUSTEE COMPENSATION                          25.60
DEBTOR REFUND                                   .00
                    ---------------     ---------------
TOTALS               320.02                  320.02
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
Dated: 07/24/08                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```